UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Case No: 01-CV-2210 DSD/JMM

---

Operating Engineers Local #49 Health and Welfare Fund, Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local No. 49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Fund and their Trustees,

Plaintiffs,

vs.

**ORDER OF MANDATORY INJUNCTION**

RYCON, INC. and Patrick L. Ryan,

Defendants.

---

This matter comes before the Honorable David S. Doty, U.S. District Court Judge on Plaintiffs' Motion for Injunctive Relief.

Upon all files, records, and proceedings herein, it is hereby Ordered:

1. Defendants are ordered to forthwith produce for inspection and audit the following business records for the period of January 1999, through November 2001:

a. All payroll registers;

b. All time cards;

c. All Internal Revenue 941 quarterly reports;

d. All Internal Revenue W-2 forms;

e. Sequential cancelled checks from Corporate Defendant's payroll account;

4-12-02

f. Copies of monthly remittance reports which Corporate Defendant is required to submit to Plaintiff; and

g. Any such records as are deemed necessary for the performance of such audit by representatives of Plaintiffs.

2. That the production of the above described records shall occur within 30 days of entry of this Court's Order requiring said production at the premises of the Administrator of Plaintiffs, Zenith Administrators, 7645 Metro Boulevard, Minneapolis, Minnesota 55439-3060, (952) 835-7035.

3. Defendants are enjoined from failure or refusal to produce such records and from further obstruction of Plaintiffs' auditing procedures.

Dated: April 12, 2002

Honorable David S. Doty
U.S. District Court