UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil File No. 01-CV-2210 DSD/JMM

Operating Engineers Local #49 Health and Welfare Fund, Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local No. 49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Fund and their Trustees,

Plaintiffs,

vs.

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

RYCON, INC. and Patrick L. Ryan,

Defendants.

Mitchell W. Converse appeared for Plaintiffs.

____________________ appeared for Defendants.

This matter came on for hearing before the Court on July 12, 2002, on Plaintiffs' Motion for Entry of Default Judgment.

Upon all files, records and proceedings herein, the Court makes the following:

## FINDINGS OF FACT

1. The Defendants were served with the Summons and Complaint in the present action on December 12, 2001.

2. That Defendants have failed to Answer, or otherwise defend, and is in default.

3. That pursuant to the collective bargaining agreement and ERISA §502(g)(2), Defendants are obligated to pay Plaintiffs' unpaid contributions in the amount of $12,871.79,

ORIGINAL

FILED 7-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 7-12-02
DEPUTY CLERK

interest in the amount of $868.84, liquidated damages in the amount of $1,930.77, attorney's fees and costs in the amount of $1,000.00, for a total in the amount of $16,671.40.

Based on its review, the Court reaches the following:

**CONCLUSIONS OF LAW**

1. That Plaintiffs' Motion for Entry of Default Judgment is granted.

2. That Plaintiff is entitled to Entry of Default Judgment.

Based on the foregoing, IT IS HEREBY ORDERED:

**ORDER**

That Defendants are in default, and Plaintiffs are entitled to Entry of Default Judgment as follows:

1. Against RYCON, INC. and Patrick L. Ryan, jointly and severally, in the amount of $7,013.77.

2. Against RYCON, INC. only in amount of $9,657.63.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 12, 2002

David S. Doty
United States District Judge